# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **HEARING MINUTES**  Sealed: No |
| Plaintiff(s) | Case No.: 12-CR-1002-LRR |
| vs. | Presiding Judge: Chief Judge Linda R. Reade |
| ERIC McSPERRIN | Deputy Clerk: Erin M. Snider |
| Defendant(s) | Court Reporter: Patrice Murray   Contract? No |
| | (If yes, send copy to financial) |
| | Recording: Yes   Method: FTR Gold |

| Date: | 06/14/2012 | Start: | 1:58 | Adjourn: | 2:27 | Courtroom: | 1 |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Daniel C. Tvedt |
|---|---|---|
| | Defendant(s): | Jane Kelly; Defendant appears personally |
| | U.S. Probation: | Todd Huss |
| | Interpreter: | --   Language: --   Certified: --   Phone - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? No | Continued from a previous date? No |
|---|---|---|---|

| **SENTENCING:** | | | | |
|---|---|---|---|---|
| | Objections to PSIR: | Yes | Ruling: | Sustained |
| | Motions to vary/depart: | -- | Ruling: | -- |
| | Count(s) dismissed: | Counts 1 through 3 are dismissed. | | |
| | Sentence (See J & C): | | | |
| | | Fine: | | Special assessment: |
| | | Supervised Release: | | |
| | | Court's recommendations (if any): | | |
| | Defendant is | detained | and shall report | |
| | **Witness/Exhibit List is** | attached. | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7. | | | |
| | **Miscellaneous:** | Hearing concluded. | | |

Page 1 of 1

Case 2:12-cr-01002-LRR-JSS   Document 32   Filed 06/14/12   Page 1 of 1