# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

**WITNESS & EXHIBIT LIST**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 12-CR-1002-LRR |
| Plaintiff(s), | Presiding Judge Chief Judge Linda R. Reade |
| vs. | Deputy Clerk Erin M. Snider |
| ERIC McSPERRIN | Court Reporter Patrice Murray |
| Defendant(s). | Plaintiff Att'y AUSA Daniel C. Tvedt |
| Trial Dates   Sentencing hearing 06/14/2012 | Defendant Att'y Jane Kelly |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | Date/Time Excused |
|---|---|---|---|
| | | | |
| | | | |

| # | **DEFENSE** Witnesses | Date/Time Sworn | Date/Time Excused |
|---|---|---|---|
| | | | |
| | | | |

\* Exhibit Receipted to Task Force Officer

\*\* **A** = Admitted; **APT** = Admitted at Pre-Trial; **RSO** = Received Subject to Objection; **OS** = Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | | | |
| | | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | | | |
| | | | |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| A | Letter (filed at docket no. 31-1) | 06/14/2012 | A |
| B | Letter (filed at docket no. 31-1) | 06/14/2012 | A |
| C | Letter (filed at docket no. 31-1) | 06/14/2012 | A |
| D | Letter (filed at docket no. 31-1) | 06/14/2012 | A |
| E | Letter (filed at docket no. 31-1) | 06/14/2012 | A |
| F | Letter (filed at docket no. 31-1) | 06/14/2012 | A |