

David Mullin <dmullin@mullinlaverty.com>

## FW: Eric Mcsperrin
1 message

**Daniel D. Splinter** <Daniel.Splinter@cesco.com>  Mon, Oct 31, 2016 at 10:39 AM
To: "dmullin@mullinlaverty.com" <dmullin@mullinlaverty.com>

**From:** Daniel D. Splinter
**Sent:** Monday, October 31, 2016 9:50 AM
**To:** 'dmullen@mullenlaverty.com' <dmullen@mullenlaverty.com>
**Subject:** Eric Mcsperrin

Attorney Mullen,

I am writing to you today in reference to Eric Mcsperrin. Eric came to me last week and indicated he had missed a toxicology test during a weekday and indicated his parole officer was recommending he be incarcerated for up to 180 days.

Speaking only from Eric's employers view point, I can attest he has become a very valuable member of our team. I was aware of some of his past as he was very up front upon the hiring process (our company requires extensive background testing prior to employment). During the interview process Eric asked for an opportunity; I trusted his sincerity and have not been disappointed. Eric shows up on time and follows processes and procedures as they relate to his job responsibilities. He has taken a genuine interest in growing his knowledge of our industry, and has become a trusted and reliable member of our Dubuque team. It appears to me Eric's overreaching interest lies in trying to provide for, and support, his family …independent of social welfare. For the record, I have been interviewing and hiring people for over 19 years for various positions within our Company ranging from Truck Drivers to Sales Specialists to Branch Managers with full P&L responsibilities.

I can't guarantee Eric's job would be waiting for him if he was incarcerated for 6 months. Although Crescent is a large company, our Branch locations run independently and as a Branch Manager and District Manager I have a responsibility to staff our locations properly to meet customer demand …six months is probably too long to wait.

I realize there may be extenuating circumstances that I'm not privileged to regarding Eric, but from an employment standpoint, his words and actions have been consistent and honorable making him a valued employee to our company, and a productive, dependable, and reliable, member of our local team.

Sincerely,

Dan


Dan Splinter

District Manager Eastern Iowa



Case 2:12-cr-01002-LRR-JSS   Document 61   Filed 11/07/16   Page 1 of 2

Crescent Electric Supply Company

563-583-6411

dsplinter@cesco.com